IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OPEN SOURCE GROUP, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:13-cv-3755-O |
| SAAD PATEL, | § | |
| Defendant. | § | |

# ORDER

Before the Court is Defendant's Motion for Extension of Time to File Initial Responsive Pleading to Plaintiff's Original Complaint (ECF No. 10), filed June 23, 2014. Plaintiff filed the instant action on September 16, 2013, but Defendant contends that he was not served with process until May 31, 2014. Defendant, a citizen and resident of Illinois, requests a 30-day extension of the deadline to file a responsive pleading to Plaintiff's Complaint. Plaintiff is unopposed to a 2-week extension of the deadline. Having reviewed the motion, the Court finds that it is well-taken and should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that Defendant shall file his response to Plaintiff's Complaint on or before **July 28, 2014**.

SO ORDERED on this **24th day** of **June, 2014.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE